

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-21-00186-CR

Adelida **TREVINO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-204-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record in these companion cases was originally due June 28, 2021. In response to this court's notification that the record was late, the court reporter requested an extension of time to file the record until August 23, 2021, and we granted that request. On August 26, 2021, the court reporter requested an additional extension of time until September 7, 2021, for a total extension of 70 days. We granted that request and ordered the court reporter to file the record by September 7, 2021.

As of the date of this order, the reporter's record has not been filed. We therefore **ORDER** the court reporter to file the record **by September 20, 2021**. If the record is not filed within the time provided, we may initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court